IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


RANDY HEGLER                                                                    PLAINTIFF


V.                                  CASE NO. 1:13-CV-1042


WARREN SCHOOL DISTRICT                                         DEFENDANT

## JUDGMENT

Before the Court is a Joint Motion to Dismiss Plaintiff's Complaint With Prejudice. ECF No. 11. The parties state that they have entered into a settlement agreement that resolves all issues between them in this case. Upon consideration, the parties' motion is **GRANTED**. The trial scheduled for the week of December 15, 2014, is cancelled.

Accordingly, the above styled cause is **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 27th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge